James M. SINCLAIR, Jr., Plaintiff and Appellant,

v.

Anna Rosa BOUGHTON, etc., Defendant and Appellee.

No. 22005.

United States Court of Appeals
Ninth Circuit.

June 3, 1969.

**130**

Michael Korn, Reseda, Cal., for plaintiff-appellant.

Thomas P. Burke, Los Angeles, Cal., for defendant-appellee.

Before CHAMBERS, DUNIWAY and ELY, Circuit Judges.

### ORDER

PER CURIAM.

Jurisdiction of this action was based on diversity of citizenship, 28 U.S.C. § 1332. Plaintiff alleged that he was a citizen of California and that defendant was a citizen of the province of Ontario, Canada. The trial judge correctly found that defendant was a citizen of California. Thus, there was no jurisdiction. The action was dismissed on that ground, among others. We do not pass upon the other grounds.

Affirmed.